THE FARMERS' LOAN AND TRUST COMPANY, Respondent, *v.* THE NEW ROCHELLE AND PELHAM RAILWAY COMPANY, Defendant, THE VILLAGE OF NEW ROCHELLE, Appellant.

(Argued February 23, 1891; decided March 10, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made July 18, 1890, which affirmed an order of Special Term, denying a motion on the part of the appellant to be brought in and made a party to this action.

*Martin J. Keogh* for appellant.

*Charles Strauss* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

JAMES H. FAY, as Assignee, etc., Respondent, *v.* HUGH J. GRANT, Sheriff etc., et al., Appellants.

(Argued February 24, 1891; decided March 10, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 5, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Cockran & Clark* for appellant Grant.

*Stern & Myers* for appellants Lissburger et al.

*George Walton Greene* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.